**FILED**

JAN 3 1 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

Bayford R. Bonner II
Name

2828 S.E. 89th Terrace Okc ok 73159
Address

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Bayford Bonner II , Plaintiff
(Full Name)

v.

Sheriff Joseph K. Lester , Defendant (s)

D.A. Susan Caswell

**CIV-11-95**

CASE NO.

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1)  Bayford Bonner II , is a citizen of Oklahoma
    (Plaintiff)                                    (State)
    who presently resides at 2828 S.E. 89th Terrace Okc ok 73165
    (Mailing address or place

    of confinement)

2)  Defendant Sheriff Joseph K. Lester is a citizen of
    (Name of first defendant)
    Moore OK   Cleveland county , and is employed as
    (City, State)
    Sheriff . At the time the claim(s)
    (Positition and title, if any)
    alleged in this complaint arose, was this defendant acting under color of
    state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
    Chained to the floor 7-8 months overcrowding of Suicidal inmates

3)   Defendant _Susan Casswell_____ is a citizen of
                        *(Name of second defendant)*
     ____ _Moore ok_   _cleveland County_____, and is employed as
                *(City, State)*
     _District Attorney_____. At the time the claim(s)
             *(Position and title, if any)*
     alleged in this complaint arose was this defendant acting under color of
     state law?  Yes ☒   No ☐.   If your answer is "Yes", briefly explain:
     _Police report changed, Abbott House Interview Redone._
     _And A Voice Tape recording redone with someone else's voice!!!!_

     (Use the back of this page to furnish the above information for additional
     defendants.)

4)   Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983.
     (If you wish to assert jurisdiction under different or additional statutes,
     you may list them below.) _____
     _____

## B. NATURE OF THE CASE

1)   Briefly state the background of your case.

The whole nature of the case began as me an innocent man. Then on November 21, 2008 I went to CCDC. For originally 3 counts of Rape 1st degree, on a 13 year old child. then 3 counts of lewd acts with a minor, and rape by instrumentation, That is 3 counts also. A total of 9 counts. When trial came only Six! Detective Kevin Morrissey Help set it up from new castle. I Just got caught in alot of racism. There was no Proof to even say that I was guilty So they modified the case. The Names Are

Detective Kevin Morrissey, Keith Sorrell, Detective Terrance Coleman Kaylee sorrell, And The Abbott house! The Taped Recording Was Noticeable if you could hear My Voice! Counsel Advised me to keep Quiet and Mrs. Casswell Knew of this and Tried to convict me on lies plus Tampering with evidence that was in my favor! I have family that was at my trial every step of the way! So they also heard The TApe and Saw many other things Such as The Alleged victim Says with no words! I Don't Remember A child Playing games Didn't notice The Jury Watching her every move, even seeing and reading her lips. And laughing At the Preliminary Hearing And Still was bound over for Trial. So I spent fourteen ½ months In cleveland County for A crime I did not commit!!!!

## C. CAUSE OF ACTION

1)     I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1)   Count I:   first, eighth, fourteenth Amendments

_____

_____

    (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and date. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

B) (1)   Count II:   Mail Tampered with while in CCDC Chained to the floor for 7-8 months. Joseph K. Lectter let it happened

    (2) Supporting Facts:

XE - 2   7/93

C) (1) Count III: _____

_____

_____

    (2) Supporting Facts:

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?  Yes ☐   No ☒   If your answer Is "Yes", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a)   Parties to previous lawsuit:

           Plaintiffs: _____

           Defendants: _____

    b)   Name of court and docket number _____

_____

    c)   Disposition (for example:  Was the case dismissed?  Was it appealed? Is it still pending?) _____

_____

    d)   Issues raised _____

    e)   Approximate date of filing lawsuit _____

    f)   Approximate date of disposition _____

XE - 2   7/93

2)   I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☒   No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

At the time I didn't know there was a grievance process. When I found out about it I tried it and was not always successful. Chief Kidd would not allow us to complete our I F P. To properly respond to the court

### E.  REQUEST FOR RELIEF

1)   I believe that I am entitled to the following relief:

Pewnative $2,900,000 Dollars

Compensatory $2,000,000 Dollars

_____
Signature of Attorney (if any)

2828 S.E. 89th Okc Ok
73159  (405) 973-8560

_____
(Attorney's full address and
telephone number.)

_____
Signature of Petitioner

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.   28 U.S.C. § 1746.  18 U.S.C. § 1621.

Executed at _2828 S.E 89th Okc Ok 73159_ on _1-31-2011_ , ●●●.
             *(Location)*                       *(Date)*

_Bayford B. Bonnett_
                     *(Signature)*

XE - 2   7/93