United States District Court
for the Western District of Oklahoma

Rayford Bonner II, Plaintiff

Sheriff Joseph K. Lester et al, Defendants et al

CIV-11-95 M
Case no.

FILED
JAN 31 2011
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

## Motion

### Immediate Appointment of Counsel

I the plaintiff Rayford Bonner II Do not have the funds of finances nor a consistent job to Pay for Counsel! I have tried! too expensive. I honestly was a hardworking man until my life was ruined! I have four Children and I am Terrified to be around my children! and women! Scared to work around women! and I cant seem to keep one because they all think im a sex offender! I have a flawless history! No trouble from the law until this happened! I won't get my visitation because I am so afraid of Women and Children! I had to go see The mental doctor! I need my medication I need Instrution on what to do! Judge Russell had Better Knowledge of my case! If you are asking What took Soo long! Well six months Probation! I figure they had access to Tamper with my case! Why not harrass him more so he cant file suit on us! Thats why and what went through my mind!!!!

The undersigned declares under penalty and perjury That I the plaintiff in the above action, that he has read The above complaint and that the information contained therein is true and correct 28 U.S.C. § 1746. 18 U.S.C. § 1621  Rayford Bonner II

*Rayford Bonner II*

2828 S.E. 89th okc Terrace
73159
(405) 973-8560