## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYFORD R. BONNER, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  CIV-11-95-M |
| | ) |
| JOSEPH K. LESTER, et al., | ) |
| | ) |
| Defendant. | ) |

### ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636, this matter is hereby referred to Magistrate Judge Purcell for the following purposes:

☒ **Plaintiff's Application to proceed without prepayment of fees and affidavit [doc. no. 2]**

  02/04/2011  
Date

VICKI MILES-LaGRANGE  
CHIEF UNITED STATES DISTRICT JUDGE