# In the United States District Court for the Western District of Oklahoma

| | |
|---|---|
| **RAYFORD R. BONNER, II,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**JOSEPH K. LESTER, Sheriff,** )<br>*et al.,* )<br>)<br>Defendants. ) | Case No. CIV-11-95-M |

### Order Granting Application to Proceed in Forma Pauperis

Upon consideration of the Application to Proceed *In Forma Pauperis* and Supporting Documentation, the undersigned finds that the applicant is financially unable to prepay the fees, costs or give security therefor of said proceeding. The Application to Proceed *In Forma Pauperis* is GRANTED. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

IT IS SO ORDERED this 7th day of February, 2011.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE