**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   February 7, 2011

| | |
|---|---|
| RAYFORD R. BONNER, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-95-M |
| | ) |
| JOSEPH K. LESTER, *Sheriff*, et al., | ) |
| | ) |
| Defendants. | ) |

**ENTER ORDER:**

Case transferred to          Judge David L. Russell

HEREAFTER, PLEASE REFER TO CASE AS          CIV-11-95-R

Please note that for future filings in this case, the letter at the end of the number should now be an "R" rather than an "M".  This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of Judge Vicki Miles-LaGrange, we have entered the above enter order.

Robert D. Dennis, Clerk

By: *s/Kathy Spaulding*
Deputy Clerk