

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
200 N.W. 4th STREET
OKLAHOMA CITY, OKLAHOMA 73102-3092

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Rayford Bonner, II
1002 S.W. 89
Apt #611
Oklahoma City, OK 73139

RECEIVED
FEB 11 2011
Clerk, U.S. District Court
WEST DIST OF OKLA

BONNER          791 NFF 1 8105 00 02/10/11
                RETURN TO SENDER
                MOVED LEFT NO ADDRESS
                UNABLE TO FORWARD
                RETURN TO SENDER
BC: 731023025399  *2557-00302-10-12

**Orders on Motions**
5:11-cv-00095-M Bonner v. Lester et al

## U.S. District Court

## Western District of Oklahoma[LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 2/7/2011 at 1:38 PM CST and filed on 2/7/2011
**Case Name:** Bonner v. Lester et al
**Case Number:** 5:11-cv-00095-M
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER granting [2] Mtn for lv to proceed IFP. Signed by Magistrate Judge Gary M. Purcell on 2/7/11 (dab )**


**5:11-cv-00095-M Notice has been electronically mailed to:**

**5:11-cv-00095-M Notice has been delivered by other means to:**

Rayford Bonner, II
1002 S.W. 89
Apt #611
Oklahoma City, OK 73139

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041971380 [Date=2/7/2011] [FileNumber=1915479-0]
[08f7038322955183e68129c74198cf1014fd5d9581cb2d022c978c9f3cf30903d0b0
a738367468987eb238172df97f8b4b6f2e9798af28274dd8447abaef6463]]

## In the United States District Court for the
## Western District of Oklahoma

| | |
|---|---|
| RAYFORD R. BONNER, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. CIV-11-95-M |
| vs. | ) |
| | ) |
| JOSEPH K. LESTER, Sheriff, et al., | ) |
| | ) |
| Defendants. | ) |

### Order Granting Application to Proceed in Forma Pauperis

Upon consideration of the Application to Proceed *In Forma Pauperis* and Supporting Documentation, the undersigned finds that the applicant is financially unable to prepay the fees, costs or give security therefor of said proceeding. The Application to Proceed *In Forma Pauperis* is GRANTED. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

IT IS SO ORDERED this __7th__ day of _____February, 2011.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE