

TO:
Rayford Bonner, II
1002 S.W. 89
Apt #611
Oklahoma City, OK 73139

RECEIV
FEB 1 4

BONN002*  731392057 1B10 20 02/11/11
RETURN TO SENDER
BONNER
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED
FEB 14 2011
U.S. District Court
DIST. OF OKLA.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   February 7, 2011

RAYFORD R. BONNER, II,             )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )   Case No. CIV-11-95-M
                                   )
JOSEPH K. LESTER, *Sheriff*, et al.,)
                                   )
        Defendants.                )

**ENTER ORDER:**

Case transferred to _____ Judge David L. Russell _____

HEREAFTER, PLEASE REFER TO CASE AS _____ CIV-11-95-R _____

Please note that for future filings in this case, the letter at the end of the number should now be an "R" rather than an "M". This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of Judge Vicki Miles-LaGrange, we have entered the above enter order.

                                        Robert D. Dennis, Clerk

                                        By: _s/Kathy Spaulding___
                                             Deputy Clerk

## Other Orders/Judgments

5:11-cv-00095-M Bonner v. Lester et al

### U.S. District Court

### Western District of Oklahoma[LIVE]

### Notice of Electronic Filing

The following transaction was entered on 2/7/2011 at 2:01 PM CST and filed on 2/7/2011

**Case Name:** Bonner v. Lester et al
**Case Number:** 5:11-cv-00095-R
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER REASSIGNING CASE. Case reassigned to Honorable David L. Russell for all further proceedings. Honorable Vicki Miles-LaGrange no longer assigned to case. Signed by Honorable Vicki Miles-LaGrange on 2/7/2011. (ks)**

**5:11-cv-00095-R Notice has been electronically mailed to:**

**5:11-cv-00095-R Notice has been delivered by other means to:**

Rayford Bonner, II
1002 S.W. 89
Apt #611
Oklahoma City, OK 73139

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041971380 [Date=2/7/2011] [FileNumber=1915520-0]
[7f0a7f51b5c5346030c4686adeed8a25d8e65a3fc834853e81c5445ce480ea531c35
e55a49242928281fa9a15f8af82467aa40cbd7c1faec54a5a18d6b6a70d5]]