UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA



**FILED**

FEB 17 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

Rayford Bonner II                )
_____  )
                                 )
_____  )
vs.                 Plaintiff(s) )   Case No. CIV-11-95
                                 )
Sheriff Joseph K. Lester et al   )
_____  )
                                 )
_____  )
                    Defendant(s) )

### PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

TO THE CLERK OF SAID COURT:   Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| Sheriff Joseph K. Lester | | 203 S. Jones Norman OK 73069 | |
| D.A. Susan Casswell | | 201 S. Jones Suite 300 Norman OK 73069 | |
| | | | |
| | | | |

Rayford R. Bonner II
Name of Plaintiff                     (Please Type or Print)

Rayford R. Bonner II
Signature (Plaintiff)

Telephone No. (405) 973-8560

2828 S.E. 89th Terrace
Street or Mailing Address

OKC  OK   73159
City & State                          Zip Code