AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Rayford R. Bonner )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-11-95
)
)
Sheriff Joseph K. Lester )
et al )
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Susan Casswell
201 S. Jones Suite 300
Norman OK 73069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rayford R. Bonner #
2828 S.E. 89th Terrace
okc ok 73159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**3:54 pm, Feb 17, 2011**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Rayford R Bonner II )
)
Plaintiff(s), )
)
v. ) Case No. CIV-11-95
)
Sheriff Joseph K. Lester et al )
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sheriff Joseph K. Lester
203 S. Jones
Norman, OK 73069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rayford R. Bonner II
2828 S.E. 89th Terrace
OKC OK 73159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**3:54 pm, Feb 17, 2011**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

Signed and sealed by the Clerk of the Court or Deputy Clerk.