AO440(Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Rayford R. Bonner II

Plaintiff(s),

v.   Case No. CIV-11-95 R

Sheriff Joseph K. Lester et al

Defendant(s).

**FILED**
FEB 2 5 2011
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sheriff Joseph K. Lester
203 S. Jones
Norman, OK 73069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rayford R. Bonner II
2828 S.E. 89th Terrace
Okla OK 73159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
**3:54 pm, Feb 17, 2011**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-11-95-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Sheriff Joseph K. Lester
was received by me on *(date)* 2-22-11.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified mail    See green card


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-25-11

*Rayford Bonner*
Server's signature

Rayford Bonner II
Printed name and title

2820 S.E. 89th Terrace Okc OK 73159
Server's address (405) 973-8560

Additional information regarding attempted service, etc:

CIV-11-95-R

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tina Touble_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Tina Touble   C. Date of Delivery: 2/22 |
| 1. Article Addressed to:<br>Sheriff Joseph K. Lester<br>203 S. Jones<br>Norman OK 73069 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☑ Yes |
| 2. Article Number (Transfer from service label) | 7010 3090 0003 0567 0359 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |