# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RAYFORD R. BONNER,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) |
| **SHERRIF JOE LESTER, et al,** | ) |
| **Defendants.** | ) |

**ATTORNEY APPEARANCE**
**CASE NUMBER: CIV-11-95 R**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant **Joe Lester and Susan Caswell.**

I certify that I am admitted to practice in this court.
I am registered in this Court's Electronic Filing System.

| | |
|---|---|
| <u>March 15, 2011</u> | <u>s/ DAVID J. BATTON</u> |
| *Date* | *Signature* |
| | <u>David J. Batton, Assistant District Attorney,     #11750</u> |
| | *Print Name*                                              *Bar Number* |
| | <u>201 S. Jones, Suite 300</u> |
| | *Address* |
| | <u>Norman               OK                           73069</u> |
| | *City              State                         Zip Code* |
| | <u>(405) 321-8268                           (405) 360-7840</u> |
| | *Phone Number                               Fax Number* |
| | Service email:  dbatton@okco14.org |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March, 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

This is to certify that on this 15th day of March, 2011, a true and correct copy of the foregoing instrument was sent via U.S. Mail, First Class, postage prepaid to the following who are not registered participants of the ECF system:

Rayford R. Bonner II
2828 S. E. 89th Terrace
Oklahoma City OK 73159

s/ DAVID J. BATTON