FILED
APR 0 4 2011
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

In the United States District Court for the Western District of Oklahoma

Rayford R. Bonner II
    Plaintiff,

vs.

Joseph K. Lester, Sheriff et al,
    Defendants.

Case no. CIV-11-95-R

## Motion Response

The Plaintiff Rayford Bonner II does not desire to drop or dismiss any filings of this case. I have proof that I have tried to serve Susan Casswell by mail see copy of receipts by mail. I will have more proof such as pictures of me and James Jordanoff chained to the floor against our mental disabilitys. I have tried to get court documents of the case But was not able to get any! So all I have is my Word. Ask Kaytee Sorrell. As I respond I have no proper means of responding properly to the court. May I have the appointment of Counsel. I just received The motion To Dismiss. I have not contacted anyone. I need guidance now I have knowledge of The Attorney David J. Batton. My address has not change since I have filed this case CIV-11-95-R. I have done as Instructed. But They say I have not Properly Served Susan Caswell. Well I have Proof.

Sorry Your Honor I don't have Proper Knowledge to Defend myself. And I don't have Time nor the finances to fight this in a Proper manner seen just by the Court! When I was in the County Jail, My mail was tampered with My Legal Mail. and It had been opened and Law books that could be used to resond Proper was denied. Paperback at the time approved but the federal rights civil Procedure was denied a book given back to Glenda Ring. James Jordanott's Grandmother. Many things were Documented such as The Federal Court being told Raystord R. Bonner II and James Jordanott are no longer at the detention center. So thats what happened to our first filings and they never Completed their Part so we could finish filing from Jail. The financial Part to get you approved for the IFP! Well Since being in Jail on Something I didn't do I got charges Put on me of Assault and Battery on Police officers. That changed to resisting arrest. So My mental thinking is severe Paranoid. I I always Think People are trying to plot on me and send me to Jail I need my meds but It is hard to go to Dr Gray and relive A time That Took everything from me Due to racism and an unHoly Win to Put Them Ahed and do away with my life. My Record is Ruined and I cant see my kids without their Mothers Thinking I May Hurt my own Child. I Love Kids and It hurts that I can't see my own Kids. To my Knowledge Judge Lucas has been asked to Step down! He was The Judge on my case. And I am Ready To go with what I have to show I am Good and Not a sex offender. Utterly Gross not able to control Human Nature. By the Book of Legal Ways! Again In Court The Tape recording, abbott house Interview, and Police had been Changed If I could get my hands on It I would show You! So Again I do not desire To Drop or Dicmiss anything of this Case. I filed grievance Aministrative relief and was ignored until FBI Agents came for A visit. That next Day we were in "F" POD! James is a eye witness. He will feel good to know The Way we were done is not Constitutional or Good By any Law!

By Cause of this action. I thought I did state a cause of action. Judge David L. Russell. Please Instruct me to do so and I will do all that is required to show all truth of what I know to be true on my behalf I refuse to start lying or say I have not received any mail from them! Im not here To Play Games with your court. or waste time. So to say that I have not Properly tried to do as asked by you is not true because I have Proof Unlike Susan Casswell!

I Declare Under Penalty of Perjury That the Above Information is True and Correct Pursuant to 28 U.S.C. §1746. 18 U.S.C. 1621.

Sincerely

*Rayford Bonner*
Rayford Bonner II

2828 S.E. 89th Terr
Okc  Ok  73159

(405) 973-8560