IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYFORD BONNER, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-11-095-R |
| | ) |
| SHERIFF JOSEPH LESTER, et al., | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant Sheriff Joseph Lester.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Dated April 18, 2011.

                                                        Respectfully submitted,

                                                       /s/ Emily B. Fagan
                                                       Emily B. Fagan

                                                       LEE LAW CENTER, P.C.
                                                       6011 N. Robinson Avenue
                                                       Oklahoma City, OK  73118-7425
                                                       (405) 848-1983/Fax: (405) 848-4978
                                                       Email: efagan@swbell.net

                                                       ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

     This is to certify that on April 18, 2011, a true and correct copy of the foregoing instrument was sent via U.S. Mail, First Class, postage prepaid to the following who is not a registered participant of the ECF system:

     Rayford Bonner, II
     2828 S.E. 89th Terrace
     Oklahoma City, OK  73159

     /s/ Emily B. Fagan
     Emily B. Fagan