IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAFORD BONNER, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-95-R |
| | ) |
| SHERIFF JOE LESTER, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

Before the Court is Defendant Sheriff Joe Lester's amended motion to dismiss [Doc. No. 18] filed in response to this Court's Order of April 7, 2011 [Doc. No. 15]. In that same Order, the Court granted Plaintiff's motion for appointment of counsel, but no counsel for Plaintiff has yet entered an appearance. Therefore, the Court *sua sponte* GRANTS Plaintiff an extension of time until ten (10) days after counsel for Plaintiff enters his appearance to file a response to Defendant's amended motion to dismiss.

IT IS SO ORDERED this 13th day of May, 2011.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
200 N.W. 4TH STREET
OKLAHOMA CITY, OKLAHOMA 73102-3092

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
MAY 27 2011
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Rayford Bonner II
2828 SE 89th Terr
Oklahoma City, OK 73159

NSN

NIXIE   731  5E  1   00 05/25/11
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 73102302699   *1057-19871-19-34