IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES COURTHOUSE
N.W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA

STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL
IN CHAMBERS - ROOM 3309

<u>MONDAY - NOVEMBER 28, 2011</u>

NOTICE TO ALL COUNSEL:  The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no later than November 22, 2011.  For good cause shown, out of town counsel may appear by telephone with prior permission from the Court by calling Nancy Stark, Courtroom Deputy for Judge Russell at 405/609-5102 and no objection from opposing counsel.

<u>9:30 A. M.</u>

| CIV-11-95-R | Rayford Bonner, II | Ryan Reaves |
| | v. | |
| | Joseph Lester | David Lee |
| | | Emily Fagan |
| | | David Batton |

<u>9:45 A. M.</u>

| CIV-11-823-R | Essex Insurance Company | Gregory Winningham |
| | | Tim Cheek |
| | v. | Todd Riddles |
| | Newton Wall Company Inc., et al | Crystal Johnson |
| | | Victor Albert |
| | | Derrick Morton |
| | | Jeff Laird, Jr. |

10:00 A. M.

| | | |
|---|---|---|
| CIV-11-994-R | Les Daigh Excavating | Conner Helms |
| | | Darren Cook |
| | | Erin Moore |
| | v. | Gary Underwood |
| | | |
| | Simmons Construction LLC, et al | Douglas A. Rice |
| | | Pete Serrata, III |

10:15 A. M.

| | | |
|---|---|---|
| CIV-11-1057-R | Meghan Clontz | Michael Hill |
| | | William McMahon |
| | v. | |
| | Southwest Express Inc. | Daniel Jones |

10:30 A. M.

| | | |
|---|---|---|
| CIV-11-935-R | William V. Porter | Jody Nathan |
| | | Neal Stauffer |
| | v. | |
| | Con Agra Foods Inc. | Dara Wanzer |
| | | John Hermes |

<u>10:45 A. M.</u>

| | | |
|---|---|---|
| CIV-11-1015-R | Brenda Berry | Thomas Ventura |
| | v. | |
| | Johnson Controls Inc. | Todd Nelson |

<u>11:00 A. M.</u>

| | | |
|---|---|---|
| CIV-10-614-R | Joseph Bretz | James Dunham, Jr.<br>Wayne Allison |
| | v. | |
| | Accord Human Resources Inc., et al | Donald Lepp<br>Jason Seay<br>Michael Carr<br>Reagan Madison<br>G. David Ross<br>Michael Betts |